UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| QUALITY SHIPYARDS, L.L.C. | CIVIL ACTION |
| VERSUS | NO: 09-3489 |
| M/V AXA CUTLASS SERVICE, her engines, tackle, furniture, equipment, appurtenances etc., *in rem* and MAC ELLIS BROOKS & SONS CONSTRUCTION COMPANY, LTD and BROOKS & SONS CONSTRUCTION CO., *in personam* | SECTION: "J" (2) |

### ORDER

The Court having been informed by Defendant Mac Ellis Brooks & Sons Construction Co. that Plaintiff's Motion for Summary Judgment will not be opposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that Plaintiff's **Motion for Summary Judgment (Rec. Doc. 82)** is **GRANTED.** Plaintiff is entitled to collect $130,720.14, plus pre-judgment interest, calculated beginning on November 1, 2008, from Defendant Mac Ellis Brooks & Sons

Construction Co.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 6th day of June, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE