UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| QUALITY SHIPYARDS, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 09-3489 |
| M/V AXA CUTLAS SERVICE, ET AL | SECTION "J" |

J U D G M E N T

Considering the court's Orders dated March 4, 2011 and June 6, 2011, filed herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Quality Shipyards, L.L.C., and against defendant, Mac Ellis Brooks & Sons Construction Co., in the amount of $130,720.14, plus pre-judgment interest, to run from November 1, 2008, and costs (Doc #86).

IT IS FURTHER ORDERED that there be judgment in favor of Chet Morrison Contractors, Inc., and against Mac Ellis Brooks & Sons Construction Co., in the amount of $45,083.00, and costs (Doc #79).

New Orleans, Louisiana, this  6th  day of JUNE, 2011.

_____
UNITED STATES DISTRICT JUDGE